UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ESPINOSA,<br><br>        Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br><br>        Defendant. | Case No. CV 08-1254-CT<br><br>ORDER TO SHOW CAUSE RE<br>DISMISSAL FOR FAILURE<br>TO PROSECUTE |

    On June 10, 2008, plaintiff's request for approval of substitution of attorney was granted. In that order, plaintiff was advised that she now represents herself pro se and that all previously issued orders still apply.

    By order filed March 3, 2008, plaintiff was ordered to file her brief in support of complaint within 30 days after the answer is filed. Plaintiff was advised that failure to comply with that order may result in dismissal of this case. The answer was filed on April 25, 2008. On May 27, 2008, plaintiff sought and received an extension to and including June 23, 2008 to file her brief. Plaintiff has not filed her brief. Plaintiff shall show cause why this action should not be dismissed for violation of the court's previous order, and/or

1  plaintiff's failure to diligently prosecute. See Rule 41(b),
2  Fed.R.Civ.P. and Link v. Wabash Railroad Co., 370 U.S. 626, 629-30
3  (1962), reh'g denied, 371 U.S. 873 (1962).

4  If plaintiff objects to such dismissal, plaintiff shall file a
5  written objection to the dismissal with points and authorities not later
6  than July 7, 2008. Failure to file this objection within the time
7  specified will be deemed consent to the dismissal of this action as
8  proposed.

9  If the required brief is filed not later than July 7, 2008, the
10 Order to Show Cause re Dismissal will be withdrawn.

11 Plaintiff is advised that counsel for defendant is Jean M. Turk,
12 Special Assistant U.S. Attorney, 333 Market Street, Suite 1500, San
13 Francisco, CA 94105. All documents plaintiff wishes the court to
14 consider shall be filed with the court and served on counsel for
15 defendant.

16 IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
17 of this order for all parties appearing in this action or on a party if
18 that party is not represented by counsel.

19 DATED: June 25, 2008

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE

cc: Laura Espinosa, Pro Se
    24240 Minton Road
    Homeland, CA 92548

    Jean M. Turk, SAUSA
    333 Market Street, Suite 1500
    San Francisco, CA 94105