UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ESPINOSA, | ) NO. CV 08-1254-JSL(CT) |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: Oct. 20, 2008

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE